dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855)384-3262
Facsimile: (888)570-2021
Attorney for Plaintiff and Putative Class

*Attorney for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER DUFFY, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>HTH COMMUNICATIONS LLC,<br><br>*Defendant* | Case No. 2:25-cv-09852<br><br>**[PROPOSED ORDER GRANTING] PLAINTIFF'S MOTION TO WITHDRAW** |

Having considered the Motion to Withdraw as Counsel for Plaintiff, the supporting papers, and good cause appearing, IT IS HEREBY ORDERED:

The Motion is GRANTED. Andrew R. Perrong of Perrong Law LLC and Dana Oliver of Oliver Law Center Inc. are relieved as counsel of record for Plaintiff Peter Duffy, effective upon filing of proof of service of this Order on Plaintiff.

Counsel shall file a proof of service confirming service of this Order upon Plaintiff Peter Duffy via postal mail, email, and text message, to his last known points of contact below.

Until new counsel appears, all future papers shall be served on Plaintiff at his last known contact information:

    Peter Duffy
    17730 Lassen St. #104,
    Northridge, CA 91325
    scv.it.guy@gmail.com, Nerd2Hire@gmail.com
    661-552-0212

IT IS SO ORDERED.

*BY THE COURT:*

_____, J.