UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.  CV 25-09852-MWF (RAOx)**                    **Date:  April 22, 2026**

Title:      Peter Duffy v. HTH Communications, LLC

Present:   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER GRANTING MOTION TO WITHDRAW [12]

Before the Court is Andrew Roman Perrong and Dana Oliver's Motion to Withdraw as Attorneys for Plaintiff Peter R. Duffy (the "Motion") filed on March 11, 2026.  (Docket No. 12).  No Opposition has been filed.

The Motion was noticed to be heard on **April 20, 2026**.  The Court read and considered the papers on the Motion and deemed the matter appropriate for decision without oral argument.  *See* Fed. R. Civ. P. 78(b); Local Rule 7-15.

Whether to grant a motion to withdraw is a matter within the Court's discretion.  *United States v. Carter*, 560 F.3d 1107, 1113 (9th Cir. 2009).  Withdrawal is governed by the California Rules of Professional Conduct and by Local Rule 83-2, which describes substantive and procedural requirements associated with withdrawal.  Here, both requirements are met:

***First***, counsel have demonstrated "good cause" for withdrawal.  *See* L.R. 83-2.3.2.  Counsel represent that Duffy has ceased communicating with counsel despite repeated efforts at contact (Motion at 3–4), rendering the continued representation untenable.  *See Fabricant v. Fast Advance Funding, LLC*, No. CV 17-05753-AB (JCx), 2018 WL 6927809, at *2–3 (C.D. Cal. June 26, 2018) (concluding that a breakdown in communication constitutes good cause to withdraw as counsel); Cal. R. Prof. Conduct 1.16(b)(4) (stating that withdrawal is permissible if the client's "conduct renders it unreasonably difficult for the lawyer to carry out the representation effectively.").

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


CIVIL MINUTES—GENERAL


**Case No.**  **CV 25-09852-MWF (RAOx)**                     **Date:  April 22, 2026**
Title:        Peter Duffy v. HTH Communications, LLC

---

***Second***, counsel have provided the requisite notice to Duffy.  On January 3, 2026, over two months prior to filing the Motion, counsel first warned Duffy that counsel would move to withdraw absent renewed communications.  (Motion at 4).  Counsel represents that Duffy acknowledged receipt yet failed to further communicate or respond to follow-up attempts in the time sense.  (*Id.*).  Such notice satisfies Local Rule 83-2.3.2.

Accordingly, the Motion is **GRANTED**.  Counsel are **ORDERED** to serve a copy of this Order on Duffy via mail and e-mail, and thereafter file a proof of service no later than **May 1, 2026**.  After filing the proof of service, counsel are **GRANTED LEAVE** to withdraw and will be deemed withdrawn as counsel of record.  The docket shall reflect the withdrawal.

Duffy is **ORDERED** to file a statement by **June 15, 2026**, confirming to the Court that he wishes to continue prosecuting this case, either *pro se* or through another attorney who may file a notice of appearance.  ***Failure to file either the statement or a notice of appearance will result in dismissal of this action for failure to prosecute***.

IT IS SO ORDERED.

Parties in court without a lawyer are called "*pro se* litigants."  These parties often face special challenges in federal court.  Public Counsel runs a free Federal Pro Se Clinic where *pro se* litigants can get information and guidance.  The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012.  *Pro se* litigants must call or submit an on-line application to request services as follows:  on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.

---