dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855)384-3262
Facsimile: (888)570-2021

*(Former) Attorney for Plaintiff and the
Proposed Class*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PETER DUFFY, individually and on behalf of all others similarly situated, | Case No. 2:25-cv-09852 |
| *Plaintiff*, | **CERTIFICATE OF SERVICE** |
| *v.* | |
| HTH COMMUNICATIONS LLC, | |
| *Defendant* | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, in accordance with this Court's order of April 22, 2026 (ECF No. 14), a copy of the Court's order was emailed to Plaintiff Peter Duffy at his last known email addresses on April 24, 2026, and mailed via postal mail to his last known address on the same day.

- 1 -
CERTIFICATE OF SERVICE
*Duffy v. HTH Communications, LLC*

RESPECTFULLY SUBMITTED AND DATED this 25th day of April, 2026

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong (*PHV*)
a@perronglaw.com
PERRONG LAW LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Telephone:  (215)225-5529 (CALL-LAW)
Facsimile:  (888)329-0305

*(Former) Attorney for Plaintiff*

- 2 -
CERTIFICATE OF SERVICE
*Duffy v. HTH Communications, LLC*