UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 25-9852-MWF(RAOx)**                    Date:  April 28, 2026

Title       ***Peter Duffy v. HTH Communications, LLC***

Present:  The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

|  Rita Sanchez  |  Not Reported  |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| --- | --- |
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on October 14, 2025.  (Docket No. 1).  Pursuant to Federal Rule of Civil Procedure Rule 4(m), the time to serve the Complaint expired on January 12, 2026.  In light of the Court's recent Order granting withdrawal of counsel for Plaintiff, the Court will allow Plaintiff additional time to properly serve Defendant HTH Communications, LLC.

The Court **ORDERS** Plaintiff to **SHOW CAUSE** why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **JUNE 29, 2026**:

■ By Plaintiff: Proof of Service of the Summons and Complaint.

AND/OR

■ By Defendant: Response to the Complaint.

The deadline, June 29, 2026, is two weeks after Plaintiff must file a statement confirming that he wishes to continue prosecuting this case, either pro se or through another attorney who may file a notice of appearance.  If Plaintiff fails

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    **CV 25-9852-MWF(RAOx)**                    Date:  April 28, 2026

Title       *Peter Duffy v. HTH Communications, LLC*

to file the statement and/or the response to this Order to Show Cause, the Court will deem that inaction as an abandonment of this case and it will be dismissed.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **JUNE 29, 2026**, will result in the dismissal of this action.

IT IS SO ORDERED.